UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

JOHN E. REARDON,

      Plaintiff,

    v.

MAGISTRATE ZONIES, et al.,

    Defendants.

CIVIL NO. 15-8597 (NLH/KMW)

**OPINION**

    1.   On January 1, 2016, pro se Plaintiff John E. Reardon filed a motion for "equity relief" [Doc. No. 8].

    2.  Plaintiff requests: (1) an order allowing him to post signs in "all Municipal Courts"; (2) the right to inform all municipal court judges of their "constitutional limit[s]" to try offenders; (3) the right to notify any municipal court that the state cannot enforce certain motor vehicle-related laws; (4) an order requiring the state and court to explain the legal and factual basis for certain prosecutions; (5) the right to go into any municipal court and serve the court with a copy of these orders; and (6) the right to enter any court and post a sign and notify judges about various motor vehicle-related issues. Plaintiff also requests "equity relief" for the Defendants failure to respond to the complaint and injunctive relief.

    3.  Plaintiff has not explained a good faith basis to receive the relief he requests at this time, and these requests will be denied as premature.  Additionally, Plaintiff has

consented to vacating the default entered against Defendants, and Defendants were ordered to respond to Plaintiff's complaint by August 15, 2016.  (See July 13, 2016 Scheduling Order [Doc. No. 43].)

4.   Further, Plaintiff's request for an injunction will be denied. Plaintiff failed to address the factors the Court must consider in deciding whether to issue a preliminary injunction: (1) whether the movant has shown a reasonable probability of success on the merits; (2) whether the movant will be irreparably injured by denial of the relief; (3) whether granting preliminary relief will result in even greater harm to the nonmoving party; and (4) whether granting the preliminary relief will be in the public interest.  Gerardi v. Pelullo, 16 F.3d 1363, 1373 (3d Cir. 1994).

5.   For these reasons, Plaintiff's request for "equity relief" will be denied.  An appropriate order will be entered.


Date: July 18, 2016
At Camden, New Jersey

__s/ Noel L. Hillman_____
NOEL L. HILLMAN, U.S.D.J.

2